```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/03/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KENNETH DOCKERY,

                Plaintiff,

       -against-

ALFA TRANSPORTATION CORP. and RAUL E.
RIVERA,

                Defendants.
-----------------------------------------------------------------X

21-CV-6900 (LAK) (KHP)

**CASE MANAGEMENT CONFERENCE**
**ADJOURNMENT ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Case Management Conference in this matter scheduled on **Tuesday, October 11, 2022 at 12:00 p.m.** is hereby cancelled. The parties are directed to file a status letter with the court by **November 2, 2022.**

      SO ORDERED.

DATED:    New York, New York
             October 3, 2022

                                                      _____
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge